UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>SHELDON LITTLE,<br><br><br>Debtor(s) | BK No.: 14-26773<br><br>Chapter: 13<br>Honorable Jack B. Schmetterer |

## ORDER SUSTAINING ORJECTION TO CLAIM NO. 9 (IL DEPT. OF HEALTHCARE AND FAMILY SERVICES/MRU)

THIS MATTER coming to be heard upon the Debtor's Objection to Claim, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Objection is sustained.

2. Claim no. 9 (IL Dept. of Healthcare and Family Services/MRU) is reduced by $6,511.00 to a ~~total~~ *net* of $3,129.61.

3. The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.

Enter:

Dated: 1/6/16

_United States Bankruptcy Judge_

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

Rev: 20151029_bko